**FILED** 2008 FEB 13 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

NORTH AMERICAN COMPANY
FOR LIFE AND HEALTH
INSURANCE

vs

MICHAEL L. PHILPOT, an individual,
VIRGINIA B. HIRSH, an individual,
JOHN B. KUYKENDALL, an
individual, RENE ALEJANDRO
LACAPE, an individual, C. RICHIE
MCNAMEE, an individual and
HECTOR PAEZ VALDEZ, an
individual

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 0270 BEN NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

FEB 13 2008
DATE

By J. Paris, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)