Robert D. Phillips, Jr. (SBN 82639)
rphillips@reedsmith.com
Miles M. Cooley (SBN 206783)
mcooley@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Plaintiff
North American Company For Life and
Health Insurance

FILED
2008 FEB 13 PM 3: 47
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,

Plaintiff,

vs.

MICHAEL L. PHILPOT, an individual, VIRGINIA B. HIRSH, an individual, JOHN B. KUYKENDALL, an individual, RENE ALEJANDRO LACAPE, an individual, C. RICHIE MCNAMEE, an individual and HECTOR PAEZ VALDEZ, an individual,

Defendants.

No.: '08 CV 0270 BEN NLS

**PLAINTIFF NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE'S NOTICE OF PARTIES WITH FINANCIAL INTEREST**

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Pursuant to Southern District Civil Rule 40.2, plaintiff North American Company for Life and Health Insurance ("North American") files this Notice Of Party With Financial Interest in the above-captioned matter.

The undersigned counsel of record for North American represents that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Defendant Michael Philpot;

2. Defendant Virginia Hirsh;

3. Defendant John Kuykendall;

4. Defendant Rene Alejandro Lacape;

5. Defendant C. Richie McNamee;

6. Plaintiff North American Company For Life and Health Insurance;

7. Sammons Financial Group, Inc., the parent corporation of North American Company For Life and Health Insurance; and

8. Consolidated Investment Services, Inc. is the parent corporation of Sammons Financial Group, Inc.

In addition, North American Company For Life and Health Insurance and Sammons Financial Group, Inc. state that no publicly held corporation owns 10% or more of their stock.

North American Company For Life and Health Insurance reserves the right to supplement this certification as needed.

DATED: February 13, 2008

REED SMITH LLP

By /s/ _____
Robert D. Phillips, Jr. (SBN 82639)
Miles M. Cooley (SBN 206783)
Attorneys for Plaintiff
North American Company For Life and Health Insurance