1  Raymond A. Greenberg SBN 43394            **ORIGINAL**
   Perry R. Fredgant SBN 105755
2  raylaw43@msn.com
   RAYMOND A. GREENBERG, ATTORNEY AT LAW
3  1521 La Venta Road
   Westlake Village, CA 91361-3404
4
   Telephone: 805-373-5260
5  Facsimile: 805-494-8312

6  Attorneys for Defendant VIRGINIA B. HIRSH

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9

10

11 NORTH AMERICAN COMPANY, etc.           **Case No.: 08 CV 0270 BEN NLS**

12         Plaintiff,                    **NOTICE OF MOTION AND MOTION
           vs.                           TO DISMISS FOR FAILURE TO STATE
13                                       A CLAIM UPON WHICH RELIEF CAN
   MICHAEL L. PHILPOT, an individual,    BE GRANTED( FRCP 12(b)(6))**
14 VIRGINIA B. HIRSH, an individual, ,
   JOHN B. KUYKENDALL, an individual,
15 RENE ALEJANDRO LECAPE, an
   individual, C. RICHIE MCNAMEE, an
16 individual and HECTOR PAEZ VALDEZ,
   an individual,                        **Date: May 5, 2008
17                                       Time: 10:30 a.m.
           Defendants.                   Courtroom: 3**
18

19

20
          TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:
21
          PLEASE TAKE NOTICE that on May 5, 2008, at 10:30 AM, or as soon thereafter as the
22
   matter may be heard by the above entitled court located at 880 Front Street, San Diego, CA
23
   92101-8900, defendant Virginia B. Hirsh will move to the Court to dismiss the action pursuant to
24
   FRCP 12 (b)(6) because plaintiff's complaint fails to state a claim upon which relief can be
25
   granted on the following grounds: that as a matter of public policy of the state of California,
26
   pursuant to Proposition 103 enacted on November 8, 1988, and *California Insurance Code* §750
27

282288  MEMORANDUM OF POINTS AND AUTHORITIES IN        1        Case No.: 08 CV 0270 BEN NLS
        SUPPORT OF FRCP 12(b)(6) MOTION OF DEFENDANT
        VIRGINIA B. HIRSH

(d), the rebate of commission earned on any insurance policy is permissible and therefore there could be no "Illegal Commission Scheme"; that there were no "sham" insurance policies, that the plaintiff received what it knowingly bargained for under California law and suffered no lawfully recoverable damages; that this matter is the subject of the exclusive jurisdiction, or at least a primary jurisdiction, of the California Insurance Commissioner; and, that this matter must be stayed pursuant to the Fifth Amendment to the United States Constitution.

Said motion will be made and based upon this Notice of Motion, the Memorandum of Points and Authorities filed herewith, and the pleadings and papers filed herein.

Dated: April 3, 2008                                        Respectfully Submitted


                                                            s/ Raymond A. Greenberg
                                                            Attorney for Virginia B. Hirsch
                                                            Email: raylaw43@msn.com