Raymond A. Greenberg SBN 43394  
Perry R. Fredgant SBN 105755  
raylaw43@msn.com  
RAYMOND A. GREENBERG, ATTORNEY AT LAW  
1521 La Venta Road  
Westlake Village, CA 91361-3404  

Telephone: 805-373-5260  
Facsimile: 805-494-8312  

Attorneys for Defendant VIRGINIA B. HIRSH

**ORIGINAL**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN COMPANY, etc.<br><br>　　　　Plaintiff,<br>　vs.<br><br>MICHAEL L. PHILPOT, an individual,<br>VIRGINIA B. HIRSH, an individual, ,<br>JOHN B. KUYKENDALL, an individual,<br>RENE ALEJANDRO LECAPE, an individual, C. RICHIE MCNAMEE, an individual and HECTOR PAEZ VALDEZ, an individual,<br><br>　　　　Defendants. | **Case No.: 08 CV 0270 BEN NLS**<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED( FRCP 12(b)(6))**<br><br><br>**Date: May 5, 2008**<br>**Time: 10:30 a.m.**<br>**Courtroom: 3** |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 5, 2008, at 10:30 AM, or as soon thereafter as the matter may be heard by the above entitled court located at 880 Front Street, San Diego, CA 92101-8900, defendant Virginia B. Hirsh will move to the Court to dismiss the action pursuant to FRCP 12 (b)(6) because plaintiff's complaint fails to state a claim upon which relief can be granted on the following grounds:  that as a matter of public policy of the state of California, pursuant to Proposition 103 enacted on November 8, 1988, and *California Insurance Code* §750

(d), the rebate of commission earned on any insurance policy is permissible and therefore there could be no "Illegal Commission Scheme"; that there were no "sham" insurance policies, that the plaintiff received what it knowingly bargained for under California law and suffered no lawfully recoverable damages; that this matter is the subject of the exclusive jurisdiction, or at least a primary jurisdiction, of the California Insurance Commissioner; and, that this matter must be stayed pursuant to the Fifth Amendment to the United States Constitution.

Said motion will be made and based upon this Notice of Motion, the Memorandum of Points and Authorities filed herewith, and the pleadings and papers filed herein.

Dated: April 3, 2008                          Respectfully Submitted


                                              s/ Raymond A. Greenberg
                                              Attorney for Virginia B. Hirsch
                                              Email: raylaw43@msn.com

---