WILLIAM B. TREITLER (SBN 46077)
btreitler&tahlaw.com
M. ANDREW SCHNEIDER (SBN 219441)
aschneider@tahlaw.com
TREITLER & HAGER, LLP
3737 Camino del Rio S, Suite 109
San Diego, CA 92108

Telephone: (619) 283-1111
Facsimile: (619) 528-0746

Attorneys for Defendant RENE ALEJANDRO LACAPE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL L. PHILPOT, an individual, VIRGINIA B. HIRSH, an individual, JOHN B. KUYKENDALL, an individual, RENE ALEJANDRO LECAPE, an individual, C. RICHIE MCNAMEE, an individual and HECTOR PAEZ VALDEZ, an individual, <br><br> Defendants. | Case No.: 08 CV 0270 BEN NLS <br><br> **JOINDER BY DEFENDANT RENE ALEJANDRO LACAPE IN DEFENDANT VIRGINIA B. HIRSCH'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)** <br><br> Date: May 5, 2008 <br> Time: 10:30 a.m. <br> Courtroom: 3 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant RENE ALEJANDRO LACAPE hereby joins in defendant Virginia B. Hirsch's Motion to Dismiss Pursuant to FRCP 12(b)(6) for failure to state a claim upon which relief can be granted, and incorporates such Motion and supporting papers by reference.

Dated: April 7, 2008            TREITLER & HAGER, LLP

By: s/ M. Andrew Schneider
Attorneys for Defendant
RENE ALEJANDRO LACAPE
Email: aschneider@tahlaw.com