WILLIAM B. TREITLER (SBN 46077)
btreitler&tahlaw.com
M. ANDREW SCHNEIDER (SBN 219441)
aschneider@tahlaw.com
TREITLER & HAGER, LLP
3737 Camino del Rio S, Suite 109
San Diego, CA 92108

Telephone: (619) 283-1111
Facsimile: (619) 528-0746

Attorneys for Defendant RENE ALEJANDRO LACAPE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL L. PHILPOT, an individual, VIRGINIA B. HIRSH, an individual, JOHN B. KUYKENDALL, an individual, RENE ALEJANDRO LECAPE, an individual, C. RICHIE MCNAMEE, an individual and HECTOR PAEZ VALDEZ, an individual, <br><br> Defendants. | Case No.: 08 CV 0270 BEN NLS <br><br> **NOTICE OF APPEARANCE BY M. ANDREW SCHNEIDER ON BEHALF OF DEFENDANT RENE ALEJANDRO LACAPE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that M. Andrew Schneider of Treitler & Hager, LLP, hereby enters his appearance on behalf of defendant RENE ALEJANDRO LACAPE in the above-captioned matter, and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the email address listed above.

Dated: April 7, 2008                    TREITLER & HAGER, LLP

By: s/ M. Andrew Schneider
Attorneys for Defendant
RENE ALEJANDRO LACAPE
Email: aschneider@tahlaw.com