Robert D. Phillips, Jr. (SBN 82639)
rphillips@reedsmith.com
Miles M. Cooley (SBN 206783)
mcooley@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Plaintiff
North American Company For Life and
Health Insurance

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL L. PHILPOT, an individual, VIRGINIA B. HIRSH, an individual, JOHN B. KUYKENDALL, an individual, RENE ALEJANDRO LACAPE, an individual, C. RICHIE MCNAMEE, an individual and HECTOR PAEZ VALDEZ, an individual,<br><br>Defendants. | No.: 08 CV 0270 BEN NLS<br><br>**PROOF OF SERVICE OF SUMMONS ON HECTOR VALDEZ** |

| *Attorney or Party without Attorney:*<br>MILES M. COOLEY, Bar #206783<br>REED SMITH LLP<br>355 S. GRAND AVE.<br>SUITE 2900<br>LOS ANGELES, CA 90071<br>*Telephone No:* 213-457-8000   *FAX No:* 213-457-8080 | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |

| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Southern District Of California |
|---|

*Plaintiff:* NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE
*Defendant:* MICHAEL L. PHILPOT, ET AL.

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08 CV 0270 BEN NLS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; PLAINTIFF NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE'S RICO CASE STATEMENT PURSUANT TO SOUTHERN DIST. LR 11.1; PLAINTIFF NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE'S NOTICE OF PARTIES WITH FINANCIAL INTEREST

3. a. *Party served:*               HECTOR P. VALDEZ
    b. *Person served:*           JANE "DOE", OCCUPANT (REFUSED TO GIVE HER NAME)
                                           HISPANIC, FEMALE, 5'5", 180 LBS, RED HAIR, 51 YEARS OLD
                                           SERVED UNDER F.R.C.P. RULE 4.

4. *Address where the party was served:*        30859 BOW BRIDGE DRIVE
                                                   MURRIETA HOT SPRINGS, CA 92563

5. *I served the party:*
    b. **by substituted service.** On: Sun., Mar. 16, 2008 at: 11:07AM by leaving the copies with or in the presence of:
                                                   JANE "DOE", OCCUPANT (REFUSED TO GIVE HER NAME)
                                                   HISPANIC, FEMALE, 5'5", 180 LBS, RED HAIR, 51 YEARS OLD
                                                   SERVED UNDER F.R.C.P. RULE 4.
    (3) **(physical address unknown)**Usual Place of Mailing Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
    (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. DENECIA JANUARY                         d. *The Fee for Service was:*
    b. **FIRST LEGAL INVESTIGATIONS**       e. I am: (3) registered California process server
        301 CIVIC CENTER DRIVE WEST                (i)  Owner
        SANTA ANA, CA 92702                            (ii) Registration No.:      834
    c. (714) 550-1375                                           (iii) County:                Riverside

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Tue, Mar. 18, 2008

                                                                   (DENECIA JANUARY)

Judicial Council Form                              PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007         SUMMONS IN A CIVIL                     316294.milco.120369

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| MILES M. COOLEY, Bar #206783<br>REED SMITH LLP<br>355 S. GRAND AVE.<br>SUITE 2900<br>LOS ANGELES, CA  90071<br>Telephone No: 213-457-8000    FAX: No: 213-457-8080 | Ref. No or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Southern District Of California |

| Plaintiff: NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE |
|---|
| Defendant: MICHAEL L. PHILPOT, ET AL. |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 0270 BEN NLS |
|---|---|---|---|---|

1. I, DENECIA  JANUARY, and any employee or independent contractors retained by FIRST LEGAL INVESTIGATIONS  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant HECTOR P. VALDEZ as follows:

2.  Documents:   SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; PLAINTIFF NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE'S RICO CASE STATEMENT PURSUANT TO SOUTHERN DIST. LR 11.1; PLAINTIFF NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE'S NOTICE OF PARTIES WITH FINANCIAL INTEREST.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 03/12/08 | 7:47pm | Usual | NO ANSWER AT DOOR. Attempt made by: DENECIA  JANUARY. Attempt at: 30859 BOW BRIDGE DRIVE   MURRIETA HOT SPRINGS CA 92563. |
| Thu | 03/13/08 | 6:20pm | Usual | NO ANSWER AT DOOR. Attempt made by: DENECIA  JANUARY. Attempt at: 30859 BOW BRIDGE DRIVE   MURRIETA HOT SPRINGS CA 92563. |
| Sat | 03/15/08 | 2:56pm | Usual | NO ANSWER AT DOOR. Attempt made by: DENECIA  JANUARY. Attempt at: 30859 BOW BRIDGE DRIVE   MURRIETA HOT SPRINGS CA 92563. |
| Sun | 03/16/08 | 11:07am | Usual Place of | Substituted Service on: HECTOR P. VALDEZ Usual Place of Mailing - 30859 BOW BRIDGE DRIVE MURRIETA HOT SPRINGS, CA. 92563  by Serving: JANE "DOE", OCCUPANT (REFUSED TO GIVE HER NAME) HISPANIC, FEMALE, 5'5", 180 LBS, RED HAIR, 51 YEARS OLD SERVED UNDER F.R.C.P. RULE 4. Competent Member of the Household over 18.  Served by: DENECIA  JANUARY |
| Mon | 03/17/08 | | | Mailed copy of Documents to: HECTOR P. VALDEZ |

3.  Person Executing
    a. DENECIA  JANUARY
    b. FIRST LEGAL INVESTIGATIONS
       301 CIVIC CENTER DRIVE WEST
       SANTA ANA, CA  92702
    c. (714) 550-1375

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. The Fee for service was:
e. I am:  (3) registered California process server
   (i)   Employee
   (ii)  Registration No.:       834
   (iii) County:                  Riverside

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Mar. 18, 2008         AFFIDAVIT OF REASONABLE DILIGENCE            (DENECIA  JANUARY)

| *Attorney or Party without Attorney:* <br> MILES M. COOLEY, Bar #206783 <br> REED SMITH LLP <br> 355 S. GRAND AVE. <br> SUITE 2900 <br> LOS ANGELES, CA 90071 <br> *Telephone No:* 213-457-8000   *FAX No:* 213-457-8080 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff   *Ref. No or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court Southern District Of California | |
| *Plaintiff:* NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE <br> *Defendant:* MICHAEL L. PHILPOT, ET AL. | |

| **PROOF OF SERVICE** <br> **By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> 08 CV 0270 BEN NLS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; PLAINTIFF NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE'S RICO CASE STATEMENT PURSUANT TO SOUTHERN DIST. LR 11.1; PLAINTIFF NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE'S NOTICE OF PARTIES WITH FINANCIAL INTEREST

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:           Mon., Mar. 17, 2008
   b. Place of Mailing:          SANTA ANA, CA  92702
   c. Addressed as follows:      HECTOR P. VALDEZ
                                 30859 BOW BRIDGE DRIVE
                                 MURRIETA HOT SPRINGS, CA  92563

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Mar. 17, 2008 in the ordinary course of business.

5. *Person Serving:*
   a. SOPHIA G. MURILLO
   b. FIRST LEGAL INVESTIGATIONS
      301 CIVIC CENTER DRIVE WEST
      SANTA ANA, CA  92702
   c. (714) 550-1375

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Tue, Mar. 18, 2008

   *(Signature)* (SOPHIA G. MURILLO)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

316294.milco.120369