Robert D. Phillips, Jr. (SBN 82639)
rphillips@reedsmith.com
Miles M. Cooley (SBN 206783)
mcooley@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Plaintiff
North American Company For Life and
Health Insurance

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL L. PHILPOT, an individual, VIRGINIA B. HIRSH, an individual, JOHN B. KUYKENDALL, an individual, RENE ALEJANDRO LACAPE, an individual, C. RICHIE MCNAMEE, an individual and HECTOR PAEZ VALDEZ, an individual,<br><br>Defendants. | No.: 08 CV 0270 BEN NLS<br><br>**PROOF OF SERVICE OF SUMMONS ON RENE ALEJANDRO LACAPE** |

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>MILES M. COOLEY, Bar #206783<br>REED SMITH LLP<br>355 S. GRAND AVE.<br>SUITE 2900<br>LOS ANGELES, CA 90071<br>*Telephone No:* 213-457-8000  *FAX No:* 213-457-8080 | | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U.S. DISTRICT COURT-SOUTHERN DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE<br>*Defendant:* MICHAEL L. PHILPOT, ETC., ET AL. | | |

| PROOF OF SERVICE SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV0270 BEN NLS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; PLAINTIFF NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE'S NOTICE OF PARTIES WITH FINANCIAL INTEREST; PLAINTIFF NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE'S RICO CASE STATEMENT PURSUANT TO SOUTHERN DIST. LR 11.1

3. a. Party served:                           RENE ALEJANDRO LACAPE, AN INDIVIDUAL
   b. Person served:                          PARTY IN ITEM 3A. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:       2731 SHELTER ISLAND DR.
                                              #A
                                              SAN DIEGO, CA 92105

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Feb. 25, 2008 (2) at: 3:40PM

7. *Person Who Served Papers:*                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. K. WYSONG                                                  d. *The Fee for Service was:*
                                                                  e. I am: (3) registered California process server
   First Legal Support Services ℠                                    (i) Independent Contractor
   ATTORNEY SERVICES                                                 (ii) Registration No.:   879
   1111 6TH AVENUE, SUITE 204                                        (iii) County:            San Diego
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, Feb. 27, 2008

   Judicial Council Form                         PROOF OF SERVICE                  (K. WYSONG)
   Rule 982.9.(a)&(b) Rev January 1, 2007        SUMMS IN CIV. ACTION              4022973.milco.114620