John A. Marshall, Esq., State Bar No. 109557
Merak Eskigian, Esq., State Bar No. 115579
GOSHGARIAN & MARSHALL, Professional Law Corporation
23901 Calabasas Road, Suite 2073
Calabasas, CA  91302-1542
Telephone: (818) 591-9000
Facsimile: (818) 591-0810
gmlaw@gmlawplc.net

Attorney for Defendant Rene Alejandro Lacape

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL L. PHILPOT, an individual, VIRGINIA B. HIRSH, an individual, JOHN B. BUYKENDALL, an individual, RENE ALEJANDRO LACAPE, an individual, C. RICHIE MCNAMEE, an individual and HECTOR PAEZ VALDEZ, an individual,<br><br>　　　　Defendants. | CASE NO.  08 CV 0270 BEN NLS<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND ORDER** |

///
///
///
///
///
///
///
///

1     Defendant Rene Alejandro Lacape hereby requests that the Court approve the
2 substitution of John A. Marshall, Esq. as attorney of record in place and in stead of William
3 B. Treitler, Esq.

5 Dated: April 29, 2008                  RENE ALEJANDRO LACAPE

7 I consent to this substitution.          TREITLER & HAGER, LLP

9 Dated: April 29, 2008                  WILLIAM B. TREITLER, ESQ.
                                                                  (Present Attorney)

11 I consent to this substitution.          GOSHGARIAN & MARSHALL, PLC

14 Dated: April 29, 2008                  JOHN A. MARSHALL, ESQ.
                                                                  (New Attorney)

16     The Court hereby orders that the request of Defendant Rene Alejandro Lacape
17 to substitute John A. Marshall, Esq. as attorney in place and stead of William B. Treitler,
18 Esq. is hereby GRANTED.

21 Dated: _____                  JUDGE OF THE UNITED STATES
                                                             DISTRICT COURT

## PROOF OF SERVICE

I, the undersigned, declare as follows:

I am over the age of 18 years and employed in the County of Los Angeles, State of California. I am employed at the office of Goshgarian & Marshall, PLC, members of the Bar of the above-entitled court and made the service referred to below at their direction. My business address is 23901 Calabasas Road, Suite 2073, Calabasas, California 91302-1542.

On **April 29, 2008**, I served the foregoing document described as:

**Request for Approval of Substitution of Attorney and Order**

[x]  **BY ELECTRONIC MAIL:** I electronically filed the following documents(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet, as listed below.

| | | |
|---|---|---|
| Robert D. Phillips, Jr., Esq.<br>Miles M. Cooley, Esq.<br>Reed Smith, LLP<br>355 South Grand Avenue<br>Suite 2900<br>Los Angeles, CA 90071-1514 | (213) 457-8000<br>(213) 457-8080 - Fax<br><br>rphillips@reedsmith.com<br>mcooley@reedsmith.com | Attorney for Plaintiff:<br><br>North American Company for Life and Health Insurance |
| Raymond A. Greenberg, Esq.<br>Perry R. Fredgant, Esq.<br>1521 La Venta Road<br>Westlake Village, CA 91361-3404 | (805) 373-5260<br>(805) 494-8312 - Fax<br><br>raylaw43@msn.com | Attorneys for Defendant:<br><br>Virginia B. Hirsch |
| William B. Treitler, Esq.<br>M. Andrew Schneider, Esq.<br>Teitler & Hager, LLP<br>3737 Camino Del Rio South<br>Suite 109<br>San Diego, CA 92108 | (619) 283-1111<br>(619) 528-0746 - Fax<br><br>btreitler@tahlaw.com<br>aschneider@tahlaw.com | Attorneys for Defendant:<br><br>Rene Alejandro Lacape |

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **April 29, 2008**, at Los Angeles, California.

*Nelva Rodriguez*