FILED
08 MAY 19 PM 4:22
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:       /s/      DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL L. PHILPOT et al., <br><br> Defendants. | Case No. 08cv0270 BEN (NLS) <br><br> **ORDER GRANTING REQUEST TO SUBSTITUTE COUNSEL** |

With current counsel's consent, Defendant Rene Alejandro Lacape has requested to substitute John A. Marshall as new counsel. Dkt. No. 16 (Apr. 29, 2008). Lacape's unopposed request is granted.

IT IS SO ORDERED.

Dated: May 16, 2008

Roger T. Benitez
United States District Judge