Raymond A. Greenberg SBN 43394    ORIGINAL
Perry R. Fredgant SBN 105755
raylaw43@msn.com
RAYMOND A. GREENBERG, ATTORNEY AT LAW
1521 La Venta Road
Westlake Village, CA 91361-3404

Telephone: 805-373-5260
Facsimile: 805-494-8312

Attorneys for Defendant VIRGINIA B. HIRSH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN COMPANY, etc.<br><br>   Plaintiff,<br> vs.<br><br>MICHAEL L. PHILPOT, an individual, VIRGINIA B. HIRSH, an individual, , JOHN B. KUYKENDALL, an individual, RENE ALEJANDRO LECAPE, an individual, C. RICHIE MCNAMEE, an individual and HECTOR PAEZ VALDEZ, an individual,<br><br>   Defendants. | **Case No.: 08 CV 0270 BEN NLS**<br><br>DEFENDANT VIRGINIA B. HIRSH'S JOINDER IN DEFENDANT MICHAEL L. PHILPOT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM OR, ALTERNATIVE MOTION FOR A MORE DEFINITE STATEMENT; AND SUPPLEMENTAL POINTS AND AUTHORITIES<br><br>**DATE: July 21, 2008**<br>**TIME: 10:00 a.m.**<br>**CRTRM: 3**<br>**JUDGE: Roger T. Benitez** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  Defendant Virginia B. Hirsh hereby joins in Defendant MICHAEL L. PHILPOT'S Motion

///

///

1

DEFENDANT HIRASH'S JOINDER IN DEFENDANT PHILPOT'S    Case No, 08 CV0270 BEN NLS
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND
SUPPLEMENTAL POINTS AND AUTHORITIES

to Dismiss for Failure to State a Claim Or, Alternatively, Motion for a More Definite Statement on the grounds set forth therein.

    Defendant Hirsh further submits the attached Points and Authorities Supplemental to those of Defendant Philpot.

Dated: June 25, 2008                          Respectfully Submitted

                                                    s/ Raymond A. Greenberg

                                                    Attorney for Virginia B. Hirsch

                                                    Email: raylaw43@msn.com

2

DEFENDANT HIRASH'S JOINDER IN DEFENDANT PHILPOT'S                              Case No, 08 CV0270 BEN NLS
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM  AND
SUPPLEMENTAL POINTS AND AUTHORITIES