**STATE OF CALIFORNIA, COUNTY OF VENTURA**

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action; my business address is 1521 La Venta Road, Westlake Village, California 91361-3404

On June 25, 2008, I served the following documents described as:

DEFENDANT VIRGINIA B. HIRSH'S JOINDER IN DEFENDANT MICHAEL L. PHILPOT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM OR, ALTERNATIVE MOTION FOR A MORE DEFINITE STATEMENT; AND SUPPLEMENTAL POINTS AND AUTHORITIES

**[ X ] BY ELECTRONIC MAIL:** I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet, as listed below.

| | | |
|---|---|---|
| Robert D. Phillips, Jr. Esq.<br>Miles M. Cooley, Esq.<br>Reed Smith, LLP<br>335 South Grand Avenue<br>Suite 2900<br>Los Angeles, CA 90071-1514 | (213) 457-8000<br>(213) 457-8080 Fax<br><br>rphillips@reedsmith.com<br>mcooley@reedsmith.com | Attorney for Plaintiff<br><br>North American Company For<br>Life and Health Insurance |
| John A. Marshall, Esq.<br>Goshgarian & Marshall<br>23901 Calabasas Rd, #2073<br>Calabasas, CA 91302 | (818) 591-9000<br>(818) 591-0810 Fax<br>gmlaw@gmlawplc.net | Attorney for<br>Rene Alejandro Lecape |
| Michael J. Sachs<br>Callahan & Blaine<br>3 Hutton Center Dr, 9th Floor<br>Santa Ana, CA 92707 | (714) 241-4444<br>(714) 241-4445 Fax<br>MJS@callahan-law.com | Attorney for<br>Michael L. Philpot |

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Ventura County, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[ X ]** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 25, 2008, at Ventura County, California.

/S Judith E. Alexander

_____
JUDITH E. ALEXANDER

---

SUPPLEMENTAL POINTS AND AUTHORITIES OF　　　　　7　　　　Case No.: 08 CV 0270 BEN NLS
DEFENDANT VIRGINIA B. HIRSH JOINING IN MOTION
TO DISMISS OF DEFENDANT MICHAEL L. PHILPOT