# PROOF OF SERVICE

*North American Company For Life And Health Insurance v. Philpot, et al.*
**USDC, Southern District Case No. 08 CV 0270 BEN NLS**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On July 7, 2008, I **electronically served** the following document(s) **via CM/ECF** described as:

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT MICHAEL L. PHILPOT'S MOTION TO DISMISS [F.R.C.P. 12(b)(6)] AND MOTION FOR A MORE DEFINITE STATEMENT [F.R.C.P. 12(e)]**

☒ **On the recipients designated on the Transaction Receipt located on the CM/ECF website.**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on July 7, 2008, at Los Angeles, California.

*/s/ Lisa Carpenter*
Lisa Carpenter

Case No. CV06-7821 AHM (AJWx)       — 1 —       DOCSLA-15624316.2