Robert D. Phillips, Jr. (SBN 82639)
rphillips@reedsmith.com
Miles M. Cooley (SBN 206783)
mcooley@reedsmith.com
Kathy J. Huang (SBN 240677)
khuang@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Plaintiff
North American Company For Life and
Health Insurance

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL L. PHILPOT, an individual, VIRGINIA B. HIRSH, an individual, JOHN B. KUYKENDALL, an individual, RENE ALEJANDRO LACAPE, an individual, C. RICHIE MCNAMEE, an individual and HECTOR PAEZ VALDEZ, an individual,<br><br>Defendants. | No.: 08 CV 0270 BEN NLS<br><br>**JOINT MOTION FOR EXTENTION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>The Honorable Roger T. Benitez<br><br>Complaint Filed: February 13, 2008<br>Trial Date: None Set |

This Joint Motion is entered by and between Plaintiff North American Company for Life and Health Insurance ("Plaintiff") and Defendant C. Richie McNamee ("McNamee"), through their respective counsel, to provide for an extension of time for McNamee to file his responsive pleading, on the basis of the following:

A. Defendant Michael L. Philpot ("Philpot") has filed a motion to dismiss in this action, which motion is currently under submission; and

1  B. To allow McNamee time to coordinate with his counsel, Plaintiff and McNamee have agreed to allow McNamee's responsive pleading to follow the Court's ruling on Philpot's motion to dismiss.

THEREFORE, the Plaintiff and McNamee stipulate as follows:

1. If Philpot's motion to dismiss is denied, then McNamee will file his answer to the original complaint within ten days after notice of ruling; or

2. If Philpot's motion to dismiss is granted with leave to amend, then McNamee will respond to the amended complaint within the same time allowed for Philpot to respond.

Dated: August 1, 2008

REED SMITH LLP

By: /S/
Miles M. Cooley
Counsel for Plaintiff
North American Company For
Life and Health Insurance

Dated: August 1, 2008

KING PARRET & DROSTE LLP

By: /S/
Alan J. Droste (SBN 105616)
Counsel for Defendant
C. Richie McNamee
Tel: (949) 644-3400
Fax: (949) 644-3993
E-mail: adroste@kpdlex.com

DOCSLA-15650376.1