ALAN J. DROSTE   SBN 105616
KING PARRET & DROSTE LLP
450 Newport Center Drive, Suite 500
Newport Beach, CA  92660
E-mail: adroste@kpdlex.com
Telephone:  (949) 644-3400
Facsimile:  (949) 644-3993

Counsel for Defendant
C. RICHIE MCNAMEE, an individual

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL L. PHILPOT, an individual, VIRGINIA B. HIRSH, an individual, JOHN B. KUYKENDALL, an individual, RENE ALEJANDRO LACAPE, an individual , C. RICHIE MCNAMEE, an individual and HECTOR PAEZ VALDEZ, an individual,<br><br>Defendants. | Civil Action No.: 08 CV 0270 BEN NLS<br><br>The Honorable Roger T. Benitez<br><br>**NOTICE OF APPEARANCE**<br><br>Complaint Filed: February 13, 2008<br><br>Trial Date: None Set |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　PLEASE TAKE NOTICE of the appearance of Defendant C. Richie McNamee in this action through his counsel of record, Alan J. Droste of King Parret & Droste LLP.

Dated: August 13, 2008        KING PARRET & DROSTE LLP

　　　　　　　　　　　　　　　   s/ Alan J. Droste
　　　　　　　　　　　　　　Alan J. Droste
　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　C. RICHIE MCNAMEE
　　　　　　　　　　　　　　E-mail: adroste@kpdlex.com