Robert D. Phillips, Jr. (SBN 82639)
rphillips@reedsmith.com
Miles M. Cooley (SBN 206783)
mcooley@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Plaintiff
North American Company For Life and Health Insurance

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL L. PHILPOT, an individual, VIRGINIA B. HIRSH, an individual, JOHN B. KUYKENDALL, an individual, RENE ALEJANDRO LACAPE, an individual, C. RICHIE MCNAMEE, an individual and HECTOR PAEZ VALDEZ, an individual,<br><br>Defendants. | No.: 08 CV 0270 BEN NLS<br><br>**PROOF OF SERVICE OF SUMMONS OF C. RICHIE MCNAMEE** |

S-05/07/08

| *Attorney or Party without Attorney:* <br> MILES M. COOLEY, Bar #206783 <br> REED SMITH LLP <br> 355 S. GRAND AVE. <br> SUITE 2900 <br> LOS ANGELES, CA 90071 <br> *Telephone No:* 213-457-8000   *FAX No:* 213-457-8080 | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| United States District Court Southern District Of California |

| *Plaintiff:* NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE |
|---|
| *Defendant:* MICHAEL L. PHILPOT, ET AL. |

| **PROOF OF SERVICE SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> 08 CV 0270 BEN NLS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; PLAINTIFF NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE'S RICO CASE STATEMENT PURSUANT TO SOUTHERN DIST. LR 11.1; PLAINTIFF NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE'S NOTICE OF PARTIES WITH FINANCIAL INTEREST

3. a. Party served:      C. RICHIE MCNAMEE, AN INDIVIDUAL
   b. Person served:    JANE "DOE", CO-OCCUPANT (REFUSED TO GIVE HER NAME) CAUCASIAN, FEMALE, 5'5", 140 LBS, BLACK HAIR, BROWN EYES, 50+ YEARS OLD SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    4541 ALLA ROAD <br> UNIT #3 <br> MARINA DEL REY, CA 90292

5. I served the party:
   b. **by substituted service.** On: Tue., May. 06, 2008 at: 5:00PM by leaving the copies with or in the presence of: JANE "DOE", CO-OCCUPANT (REFUSED TO GIVE HER NAME) CAUCASIAN, FEMALE, 5'5", 140 LBS, BLACK HAIR, BROWN EYES, 50+ YEARS OLD SERVED UNDER F.R.C.P. RULE 4.
   (3) **(physical address unknown)** Usual Place of Mailing Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*
   a. ANGEL MOLINA
   b. FIRST LEGAL INVESTIGATIONS
       301 CIVIC CENTER DRIVE WEST
       SANTA ANA, CA 92702
   c. (714) 550-1375

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:
   e. I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Wed, May. 07, 2008

   (ANGEL MOLINA)

   Judicial Council Form <br> Rule 2.150.(a)&(b) Rev January 1, 2007      PROOF OF SERVICE SUMMONS IN A CIVIL      *316720.milco.131121*

| Attorney or Party without Attorney: MILES M. COOLEY, Bar #206783<br>REED SMITH LLP<br>355 S. GRAND AVE.<br>SUITE 2900<br>LOS ANGELES, CA 90071<br>Telephone No: 213-457-8000   FAX No: 213-457-8080 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Southern District Of California | |
| Plaintiff: NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE | |
| Defendant: MICHAEL L. PHILPOT, ET AL. | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 0270 BEN NLS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; PLAINTIFF NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE'S RICO CASE STATEMENT PURSUANT TO SOUTHERN DIST. LR 11.1; PLAINTIFF NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE'S NOTICE OF PARTIES WITH FINANCIAL INTEREST

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:       Wed., May. 07, 2008
   b. Place of Mailing:      SANTA ANA, CA 92702
   c. Addressed as follows:  C. RICHIE MCNAMEE, AN INDIVIDUAL
                             4541 ALLA ROAD
                             UNIT #3
                             MARINA DEL REY, CA 90292

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., May. 07, 2008 in the ordinary course of business.

5. Person Serving:                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. SOPHIA G. MURILLO                                     d. **The Fee** for Service was:
   b. FIRST LEGAL INVESTIGATIONS                            e. I am: Not a Registered California Process Server
      301 CIVIC CENTER DRIVE WEST
      SANTA ANA, CA 92702
   c. (714) 550-1375

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Wed, May. 07, 2008

                                                                            *(signature)*
   Judicial Council Form                    PROOF OF SERVICE                (SOPHIA G. MURILLO)
   Rule 2.150.(a)&(b) Rev January 1, 2007        By Mail                    316720.milco.131121

| Attorney or Party without Attorney:<br>MILES M. COOLEY, Bar #206783<br>REED SMITH LLP<br>355 S. GRAND AVE.<br>SUITE 2900<br>LOS ANGELES, CA  90071<br>Telephone No: 213-457-8000   FAX: No: 213-457-8080 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Southern District Of California |

| Plaintiff: NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE |
|---|
| Defendant: MICHAEL L. PHILPOT, ET AL. |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 0270 BEN NLS |
|---|---|---|---|---|

1. I, ANGEL MOLINA, and any employee or independent contractors retained by FIRST LEGAL INVESTIGATIONS are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant C. RICHIE MCNAMEE, AN INDIVIDUAL as follows:

2. **Documents:** SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; PLAINTIFF NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE'S RICO CASE STATEMENT PURSUANT TO SOUTHERN DIST. LR 11.1; PLAINTIFF NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE'S NOTICE OF PARTIES WITH FINANCIAL INTEREST.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 04/17/08 | 9:34pm | Usual | SECURED APARTMENT COMPLEX. NAME ON DIRECTORY. NO ANSWER AT INTERCOM AT BACK GATE. SECURITY GUARD AT FRONT GATE. UNABLE TO GAIN ACCESS TO FRONT DOOR. Attempt made by: ANGEL MOLINA. Attempt at: 4541 ALLA ROAD UNIT #3  MARINA DEL REY CA 90292. |
| Fri | 04/18/08 | 8:00pm | Usual | SECURED APARTMENT COMPLEX. GAINED ACCESS TO FRONT DOOR. NO ANSWER AT DOOR. Attempt made by: ANGEL MOLINA. Attempt at: 4541 ALLA ROAD UNIT #3  MARINA DEL REY CA 90292. |
| Sat | 04/19/08 | 7:05am | Usual | SECURED APARTMENT COMPLEX. GAINED ACCESS TO FRONT DOOR. NO ANSWER AT DOOR. Attempt made by: ANGEL MOLINA. Attempt at: 4541 ALLA ROAD UNIT #3  MARINA DEL REY CA 90292. |
| Sun | 04/20/08 | 1:12pm | Usual | SECURED APARTMENT COMPLEX. GAINED ACCESS TO FRONT DOOR. NO ANSWER AT DOOR. LIGHTS AND TELEVISION ON. WAITED 10 MINUTES BUT NO ONE CAME TO THE DOOR. Attempt made by: ANGEL MOLINA. Attempt at: 4541 ALLA ROAD UNIT #3  MARINA DEL REY CA 90292. |
| Mon | 04/21/08 | 3:35pm | Usual | SECURED APARTMENT COMPLEX. GAINED ACCESS TO FRONT DOOR. NO ANSWER AT DOOR. Attempt made by: ANGEL MOLINA. Attempt at: 4541 ALLA ROAD UNIT #3  MARINA DEL REY CA 90292. |

Date: Wed, May. 07, 2008        **AFFIDAVIT OF REASONABLE DILIGENCE**        316720.reesm.131121

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| MILES M. COOLEY, Bar #206783<br>REED SMITH LLP<br>355 S. GRAND AVE.<br>SUITE 2900<br>LOS ANGELES, CA 90071<br>Telephone No: 213-457-8000  FAX No: 213-457-8080 | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Southern District Of California | | |
| Plaintiff: NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE | | |
| Defendant: MICHAEL L. PHILPOT, ET AL. | | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 0270 BEN NLS |
|---|---|---|---|---|

SUMMONS IN A CIVIL

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 04/22/08 | 6:00am | Usual | SECURED APARTMENT COMPLEX. GAINED ACCESS TO FRONT DOOR. NO ANSWER AT DOOR. Attempt made by: ANGEL MOLINA. Attempt at: 4541 ALLA ROAD UNIT #3 MARINA DEL REY CA 90292. |
| Wed | 04/23/08 | 6:13pm | Usual | SECURED APARTMENT COMPLEX. GAINED ACCESS TO FRONT DOOR. NO ANSWER AT DOOR. Attempt made by: ANGEL MOLINA. Attempt at: 4541 ALLA ROAD UNIT #3 MARINA DEL REY CA 90292. |
| Thu | 04/24/08 | 4:10pm | Usual | SECURED APARTMENT COMPLEX. GAINED ACCESS TO FRONT DOOR. NO ANSWER AT DOOR. UNABLE TO OBTAIN ANY INFORMATION FROM NEIGHBOR. Attempt made by: ANGEL MOLINA. Attempt at: 4541 ALLA ROAD UNIT #3 MARINA DEL REY CA 90292. |
| Fri | 04/25/08 | 7:00am | Usual | SECURED APARTMENT COMPLEX. GAINED ACCESS TO FRONT DOOR. NO ANSWER AT DOOR. Attempt made by: ANGEL MOLINA. Attempt at: 4541 ALLA ROAD UNIT #3 MARINA DEL REY CA 90292. |
| Sat | 04/26/08 | 3:15pm | Usual | SECURED APARTMENT COMPLEX. GAINED ACCESS TO FRONT DOOR. NO ANSWER AT DOOR. Attempt made by: ANGEL MOLINA. Attempt at: 4541 ALLA ROAD UNIT #3 MARINA DEL REY CA 90292. |
| Sun | 04/27/08 | 11:00am | Usual | SECURED APARTMENT COMPLEX. GAINED ACCESS TO FRONT DOOR. NO ANSWER AT DOOR. Attempt made by: ANGEL MOLINA. Attempt at: 4541 ALLA ROAD UNIT #3 MARINA DEL REY CA 90292. |
| Sat | 05/03/08 | 1:37pm | Usual | SECURED APARTMENT COMPLEX. GAINED ACCESS TO FRONT DOOR. NO ANSWER AT DOOR. Attempt made by: ANGEL MOLINA. Attempt at: 4541 ALLA ROAD UNIT #3 MARINA DEL REY CA 90292. |
| Sun | 05/04/08 | 5:12pm | Usual | SECURED APARTMENT COMPLEX. GAINED ACCESS TO FRONT DOOR. NO ANSWER AT DOOR. Attempt made by: ANGEL MOLINA. Attempt at: 4541 ALLA ROAD UNIT #3 MARINA DEL REY CA 90292. |

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| MILE M. COOLEY, Bar #206783<br>REED SMITH LLP<br>355 S. GRAND AVE.<br>SUITE 2900<br>LOS ANGELES, CA 90071 | | |
| Telephone No: 213-457-8000   FAX: No: 213-457-8080 | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Southern District Of California | | |
| Plaintiff: NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE | | |
| Defendant: MICHAEL L. PHILPOT, ET AL. | | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 0270 BEN NLS |
|---|---|---|---|---|

SUMMONS IN A CIVIL

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 05/05/08 | 8:17pm | Usual | SECURED APARTMENT COMPLEX. GAINED ACCESS TO FRONT DOOR. NO ANSWER AT DOOR. Attempt made by: ANGEL MOLINA. Attempt at: 4541 ALLA ROAD UNIT #3 MARINA DEL REY CA 90292. |
| Tue | 05/06/08 | 5:00pm | Usual Place of | Substituted Service on: C. RICHIE MCNAMEE, AN INDIVIDUAL Usual Place of Mailing - 4541 ALLA ROAD UNIT #3 MARINA DEL REY, CA. 90292 by Serving: JANE "DOE", CO-OCCUPANT (REFUSED TO GIVE HER NAME) CAUCASIAN, FEMALE, 5'5", 140 LBS, BLACK HAIR, BROWN EYES, 50+ YEARS OLD SERVED UNDER F.R.C.P. RULE 4. Competent Member of the Household over 18 by leaving a copy of the document(s) with: JANE "DOE", CO-OCCUPANT (REFUSED TO GIVE HER NAME) CAUCASIAN, FEMALE, 5'5", 140 LBS, BLACK HAIR, BROWN EYES, 50+ YEARS OLD SERVED UNDER F.R.C.P. RULE 4.. Served by: ANGEL MOLINA |
| Wed | 05/07/08 | | | Mailed copy of Documents to: C. RICHIE MCNAMEE, AN INDIVIDUAL |

3. Person Executing
   a. ANGEL MOLINA
   b. FIRST LEGAL INVESTIGATIONS
      301 CIVIC CENTER DRIVE WEST
      SANTA ANA, CA 92702
   c. (714) 550-1375

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. The Fee for service was:
e. I am: (3) Not a Registered California Process Server

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Page Number 3