FILED
2010 JAN -8 AM 9:54
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL L. PHILPOT; et al.<br><br>Defendants. | CASE NO. 08-cv-0270 BEN NLS<br><br>ORDER APPROVING SUBSTITUTION OF ATTORNEY<br><br>[Docket No. 180] |

Defendant Richard Wira, individually and as Co-Trustee of the Wira Family Trust, has moved to substitute Michael J. Sachs (CA Bar No. 134468) of Callahan & Blaine located at 3 Hutton Centre Drive, Ninth Floor, Santa Ana, California 92707, tel (714) 241-4444 and fax (714) 241-4445, as counsel in place and stead of M. Andrew Schneider of Treitler & Hager, LLP. Despite being submitted on a standard form for a different California district court, the motion complies with Civil Local Rule 83.3(g)(2) and is, therefore, **GRANTED**.

**IT IS SO ORDERED.**

Dated: January 07, 2010

_____
Hon. Roger T. Benitez
United States District

- 1 -

08cv0270